IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERISAVE MORTGAGE CORPORATION, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 6:23-cv-00164-ADA-JCM |
| § | |
| LORNE D. GUITZKOW and JODI L. GUITZKOW § § § | |
| § | |
| Defendants. § | |

**FINAL DEFAULT JUDGMENT**

Came on to be considered the above-entitled and numbered cause wherein Amerisave Mortgage Corporation ("Amerisave" or Plaintiff") is the Plaintiff and Lorne D. Guitzkow and Jodi L. Guitzkow are the Defendants ("Defendants"). Defendants, although having been duly and legally summoned to appear and answer, failed to appear and answer, and wholly made default on Plaintiff's claims against them.

**I.**

Plaintiff's Original Complaint ("Complaint") was served upon Defendants according to law and returned to the Clerk where it remained on file for the time required by law.  The Court has read the pleadings and the papers on file and is of the opinion that the allegations of Plaintiff's Complaint have been admitted by Defendants. The Court further finds that Plaintiff does not seek monetary damages against Defendants, but instead seeks certain declarations and a judgment allowing foreclosure of the real property which is the subject of this action. Therefore,

**II.**

In light of Defendants' default and the nature of Plaintiff's claims against them, the Court orders as follows:

It is **ORDERED, ADJUDGED, AND DECREED** that the material allegations of the Original Complaint be and are deemed admitted as to Defendants. It is further,

**ORDERED, ADJUDGED AND DECREED** that an event of default has occurred on that certain *Texas Home Equity Note (First Rate-Fixed Lien)* in the principal amount of $112,800.00 ("Note"), executed by Defendant Lorne D. Guitzow.

**ORDERED, ADJUDGED AND DECREED** that certain Deed of Trust executed by the Defendants (the "Security Instrument" and together with the Note, "Loan Agreement"), recorded in the Official Public Records of Falls County, Texas in Book 324, Page 616, provides that Plaintiff as the current owner of the Note and mortgagee of the Security Instrument, in the event of a default on the obligations on the Note, with a lien security interest on that certain real property commonly known as 501 Sunset Drive, Marlin, Texas 76661, and more particularly described as follows:

> LOT FIVE 5, IN THE HILLARY BARGANIER ADDITION TO THE CITY OF MARLIN, FALLS COUNTY, TEXAS, AS SHOWN ON PLAT OF SAID ADDITION RECORDED IN VOLUME 2, PLAT NO. 6, MAP AND PLAT RECORDS, IN THE OFFICE OF THE COUNTY CLERK, FALLS COUNTY, TEXAS.

(The "Property").

It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff is the current legal owner and holder of the Note and beneficiary of the Security Instrument. Plaintiff is also a mortgagee as that as that term is defined in section 51.0001(4) of the Texas Property Code. It is further,

**ORDERED, ADJUDGED AND DECREED** that the following are secured by the Security Interest on the Property: the outstanding balance of the Note, including attorney's fees; pre-judgment interest at the Note interest rate of 3.875%; post-judgment interest at the Note interest rate of 3.875%; and costs of court. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff or its successors or assigns, may proceed with non-judicial foreclosure of Defendants' interests in the Property as provided in the Security Instrument and section 51.002 of the Texas Property Code. It is further,

**ORDERED, ADJUDGED, AND DECREED** that, should Plaintiff proceed with foreclosure on the Property then, the purchaser at the foreclosure sale will be vested with all of Defendants' interest, rights, and title in the Property. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff may further communicate with Defendants, and all third parties reasonably necessary to conduct the foreclosure sale. It is further,

**ORDERED, ADJUDGED AND DECREED** that all costs are to be taxed against Defendants as a further obligation of the debt, and not as a personal judgment against Defendants. It is further,

**ORDERED, ADJUDGED AND DECREED** this is a final default judgment that fully and finally resolves all claims between Plaintiff and all Defendants.

Signed this 20th day of June, 2023.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**